**EXHIBIT 2**

**SUSAN M. COLLINS**
MAINE

413 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1904
(202) 224–2523
(202) 224–2693 (FAX)

# United States Senate
WASHINGTON, DC 20510–1904

COMMITTEES:
SPECIAL COMMITTEE
ON AGING,
CHAIRMAN
APPROPRIATIONS
HEALTH, EDUCATION,
LABOR, AND PENSIONS
SELECT COMMITTEE
ON INTELLIGENCE

April 24, 2020

Ms. Jovita Carranza
Administrator
U.S. Small Business Administration
409 34d St., SW
Washington, DC 20416

Dear Administrator Carranza:

I am writing to express my concerns regarding the ability of financially distressed hospitals to access badly needed relief for payroll for their employees through the Paycheck Protection Program (PPP). While hospitals are not prohibited from participating in the program, those that have previously been or are currently under bankruptcy protection in order to restructure debt and maintain viability have been unable to access PPP funds, due to an interpretation of underlying Small Business Administration 7(a) program rules.

Hospitals are critical infrastructure and their employees are essential in the COVID-19 response effort. Many hospitals are experiencing substantial increases in expenses associated with preparing for and responding to the pandemic. They are simultaneously facing sharp declines in revenue associated with declining patient volumes due to the cancellation of routine and elective procedures, in order to protect the public health and conserve limited supplies of Personal Protective Equipment, consistent with current guidance from the Centers for Medicare and Medicaid Services.

It is my understanding that waiver authorities do exist for SBA to allow loans to be made to entities with defaulted debt to the federal government, when the applicant shows good cause. Given the critical importance of maintaining health care infrastructure and keeping essential hospital workers employed to care for patients throughout the nation in these unprecedented times, I ask that the SBA give every appropriate consideration, in accordance with all applicable laws and regulations, to exercise this waiver authority and allow financially distressed hospitals to access PPP loans.

Thank you for your consideration of this urgent request. I look forward to your response. If you have any questions, or need additional information, please do not hesitate to contact me or have your staff contact Mark LeDuc in my office at 202-224-3364.

Sincerely,

*Susan Collins*

Susan M. Collins
United States Senator

www.collins.senate.gov