# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Penobscot Valley Hospital,<br><br>Debtor | Chapter 11<br>Case No. 19-10034 |
| Penobscot Valley Hospital,<br><br>Plaintiff<br>v.<br><br>Jovita Carranza, in her capacity as Administrator for the United States Small Business Administration,<br><br>Defendant | Adv. Proc. No. 20-1005 |
| In re:<br><br>Calais Regional Hospital,<br><br>Debtor | Chapter 11<br>Case No. 19-10486 |
| Calais Regional Hospital,<br><br>Plaintiff<br>v.<br><br>Jovita Carranza, in her capacity as Administrator for the United States Small Business Administration,<br><br>Defendant | Adv. Proc. No. 20-1006 |

## PRETRIAL ORDER

During a pretrial status conference in these consolidated adversary proceedings on May 15, 2020, the Court altered certain pretrial deadlines and discussed other pretrial matters with the

parties. This order memorializes the actions taken during the conference. To the extent that any provision of this order may conflict with the terms of the Order Consolidating Adversary Proceedings and Scheduling Status Conference and Trial (the "First Pretrial Order"), this order shall control. It is hereby ORDERED that:

1. The Defendant must file a written statement indicating whether the Defendant does or does not consent to the entry of final orders or judgments on the Plaintiffs' complaints on or before May 20, 2020. *See* Fed. R. Bankr. P. 7012(b). Consent may be provided or withheld on a complete basis or on a claim-by-claim basis.

2. Lead trial counsel for the Plaintiffs and for the Defendant must participate in an initial test of the videoconference technology that will be used for Trial on Wednesday, May 20, 2020 beginning at 11:00 a.m. Zoom instructions and the meeting ID and password for the test on May 20 will be communicated to counsel by email on Tuesday, May 19, 2020. Depending on the results of that initial test, counsel may also be asked to engage in a final test of the technology on May 26, 2020 beginning at 10:00 a.m. (as described in ¶ C.5 of the First Pretrial Order).

3. The Plaintiffs and the Defendant must notify the Court of the names and working phone numbers and email addresses of any witnesses who may be called to testify at Trial as soon as practicable. Such information may be conveyed by email to Judge Fagone's paralegal, Mary Withee, at Mary_Withee@meb.uscourts.gov.

4. Any witnesses who may testify at Trial must participate in pretrial testing of the videoconference technology. The Court's IT staff will offer two opportunities for witnesses to engage in pretrial Zoom testing.

    a. First, any witness whose information has been provided to the Court pursuant to ¶ 3 of this order by Monday, May 18, 2020 may participate in an initial test of the technology on Wednesday, May 20, 2020 beginning at 11:30 a.m.  Zoom instructions and the meeting ID and password for the test on May 20 will be communicated to the persons identified as potential witnesses by email on Tuesday, May 19, 2020.

    b. Second, any witness whose information has been provided to the Court pursuant to ¶ 3 of this order by 12:00 p.m. on Friday, May 22, 2020 may participate in the final test of Zoom on May 26, 2020 beginning at 10:00 a.m. (as described in ¶ C.5 of the First Pretrial Order).  Zoom instructions and the meeting ID and password for the test on May 26 will be communicated to the persons identified as potential witnesses by email no later than 5:00 p.m. on Friday, May 22.

5. Any document that may be used solely for impeachment or rebuttal at Trial should not be included in the PDF file or file(s) or the Exhibit Books described in ¶ B.6.  If counsel wishes to use a document solely for impeachment or rebuttal at Trial, counsel must be prepared to simultaneously email a PDF copy of the document to the Court and the witness during the Trial.  The Zoom host will then display the document on the screen, and the Court will preserve a copy of the document for the record.

6. If the parties agree to submit their dispute for decision on a stipulated record and forego the opportunity to examine witnesses, they must immediately notify the Court of that agreement. In that event:

    a. the parties may submit their stipulated record to the Court by filing a copy of the stipulated record on the docket of the Lead Adversary Proceeding; and

    b. the Court will entertain oral argument from counsel during the time previously set aside for the Trial.

7. The Defendant should file a notice no later than 5:00 p.m. on May 22, 2020 indicating whether the SBA would consent to the Court entering preliminary injunctions on the same terms as those set forth in the TROs but to remain in effect only from May 28, 2020 to June 3, 2020 to provide a brief window for the Court to take the matters under advisement after Trial and to render a decision on the merits no later than June 3.

Date: May 15, 2020

                                                Michael A. Fagone
                                                United States Bankruptcy Judge
                                                District of Maine