# Notice Recipients

| | |
|---|---|
| District/Off: 0100−1 | User: tleclair | Date Created: 5/15/2020 |
| Case: 20−01005 | Form ID: pdf900 | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew Helman, Esq. | ahelman@mpmlaw.com |
| aty | Dominique V. Sinesi, Esq. | Dominique.sinesi@usdoj.gov |
| aty | Jeremy R. Fischer | jfischer@dwmlaw.com |
| aty | Katherine Krakowka | kkrakowka@mpmlaw.com |
| aty | Kelly McDonald, Esq. | kmcdonald@mpmlaw.com |
| aty | Roger A. Clement, Jr., Esq. | rclement@verrilldana.com |
| aty | Sage M. Friedman, Esq. | sfriedman@mpmlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| dft | Jovita Carranza, in her capacity as administrator for the U.S. Small Business Administration        Administration        409 3rd St., S.W.        Washington, DC 20416 | U.S. Small Business |
| smg | State of Maine        Bureau of Revenue Services        Compliance Division Bankruptcy Unit        1060        Augusta, ME 04332 | P.O. Box |
| ust | Office of the U.S. Trustee        537 Congress Street        Portland, ME 04101 | |
| ust | Office of U.S. Trustee        537 Congress Street, Suite 300        Portland, ME 04101 | |

TOTAL: 4