**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

**TRANSMITTAL FORM**

Christa K. Berry, Clerk
U.S. District Court
District of Maine
202 Harlow Street
Bangor, ME 04401

| | |
|---|---|
| **In re:** **PENOBSCOT VALLEY HOSPITAL,** Debtor | **Chapter 11** **Case No. 19-10034** |
| **PENOBSCOT VALLEY HOSPITAL,** **Plaintiff** v. **JOVITA CARRANZA, in her capacity as Administrator for the U.S. Small Business Administration,** **Defendant** | **Adv. Proc. No. 20-1005** |
| **In re:** **CALAIS REGIONAL HOSPITAL,** **Debtor** | **Chapter 11** **Case No. 19-10486** |
| **CALAIS REGIONAL HOSPITAL** **Plaintiff** v. **JOVITA CARRANZA, in her capacity as Administrator for the U.S. Small Business Administration** **Defendant** | **Adv. Proc. No. 20-1006** |

**PLAINTIFF NAMES:**

- Penobscot Valley Hospital
- Calais Regional Hospital

**ATTORNEYS OF RECORD FOR PLAINTIFFS:**

- Sage. M. Friedman, Esq.
  Murray Plumb & Murray
  75 Pearl Street, 3rd Floor
  Portland, ME 04101
  (207) 523-8242
  (207) 773-8023 (fax)
  sfriedman@mpmlaw.com

- Andrew Helman, Esq.
  Murray, Plumb & Murray
  75 Pearl Street
  Portland, ME 04101
  (207) 773-5651
  (207) 773-3210 (fax)
  ahelman@mpmlaw.com

- Katherine Krakowka, Esq.
  Murray, Plumb & Murray
  75 Pearl Street
  Portland, ME 04101
  (207) 523-8215
  (207) 773-8023 (fax)
  kkrakowka@mpmlaw.com

- Kelly McDonald, Esq.
  Murray, Plumb & Murray
  75 Pearl Street
  Portland, ME 04101
  207-523-8219
  kmcdonald@mpmlaw.com

**DEFENDANT NAME:**

- Jovita Carranza, in her capacity as Administrator for the United States Small Business Administration

**ATTORNEYS OF RECORD FOR DEFENDANT:**

- James Des Veaux Concannon, Esq.
  US Attorney's Office, District of Maine
  100 Middle Street
  East Tower, 6th Floor
  Portland, ME 04101
  (207) 780-3257

    (207) 780-3304 (fax)
    James.Concannon@usdoj.gov

- John R. Kresse, Esq.
  US Department of Justice/Civil Division
  P.O. Box 875
  Ben Franklin Station
  Washington, DC 20044-0875
  202-616-2238
  202-514-9163 (fax)
  john.kresse@usdoj.gov

- Dominique V. Sinesi, Esq.
  US Department of Justice/Civil Division
  1100 L Street, Rm 7020
  Washington,, DC 20005
  (202) 514-3368
  (202) 514-9163 (fax)
  Dominique.sinesi@usdoj.gov

**OTHER PARTIES THAT SHOULD RECEIVE NOTICE:**

- Roger A. Clement, Jr., Esq.
  Verrill Dana, LLP
  One Portland Square
  P.O. Box 586
  Portland, ME 04112-0586
  (207) 774-4000
  207-774-7499 (fax)
  rclement@verrilldana.com

- Jeremy R. Fischer
  Drummond Woodsum
  84 Marginal Way
  Suite 600
  Portland, ME 04101-2480
  2077721941
  jfischer@dwmlaw.com

**ITEMS TRANSMITTED:**

- **Complaints**
    - Adv. No. 20-1005 [Dkt. No. 1]
    - Adv. No. 20-1006 [Dkt. No. 1]
- **Pre-Trial Orders**
    - Adv. No. 20-1005 [Dkt. Nos. 23 & 32]
    - Adv. No. 20-1006 [Dkt. No. 25]
- **Memoranda of Law/Trial Briefs**
    - Adv. No. 20-1005 [Dkt. Nos. 43 & 47]
- **Stipulations**
    - Adv. No. 20-1005 [Dkt. No. 49]

- **Declarations**
    - Adv. No. 20-1005 [Dkt. Nos. 44, 45, & 46]
- **Proposed Findings and Conclusions**
    - Adv. No. 20-1005 [Dkt. No. 58]
    - Adv. No. 20-1006 [Dkt. No. 39]
- **Plaintiff's Objections to Proposed Findings and Conclusions**
    - Adv. No. 20-1005 [Dkt. No. 62]
- **Plaintiff's Notice of Supplemental Authorities**
    - Adv. No. 20-1005 [Dkt. No. 65]
- **Defendant's Response**
    - Adv. No. 20-1005 [Dkt. No. 72]
- **Transcript of Trial Held on May 27, 2020**
    - Adv. No. 20-1005 [Dkt. No. 66] to be emailed directly to District Court

Dated: 7/2/2020

David K. LePauloue, Acting Clerk
Clerk, U.S. Bankruptcy Court

By: /s/___Tracy LeClair_____
Case Administrator