# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100−1 | User: tleclair | Date Created: 7/2/2020 |
| Case: 20−01005 | Form ID: pdf900 | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew Helman, Esq. | ahelman@mpmlaw.com |
| aty | Dominique V. Sinesi, Esq. | Dominique.sinesi@usdoj.gov |
| aty | James Des Veaux Concannon, Esq. | James.Concannon@usdoj.gov |
| aty | Jeremy R. Fischer | jfischer@dwmlaw.com |
| aty | Katherine Krakowka | kkrakowka@mpmlaw.com |
| aty | Kelly McDonald, Esq. | kmcdonald@mpmlaw.com |
| aty | Roger A. Clement, Jr., Esq. | rclement@verrilldana.com |
| aty | Sage M. Friedman, Esq. | sfriedman@mpmlaw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| dft | Jovita Carranza, in her capacity as administrator for the U.S. Small Business Administration    U.S. Small Business Administration    409 3rd St., S.W.    Washington, DC 20416 |
| aty | John R. Kresse    US Department of Justice/Civil Division    P.O. Box 875    Ben Franklin Station    Washington, DC 20044−0875 |
| smg | State of Maine    Bureau of Revenue Services    Compliance Division Bankruptcy Unit    P.O. Box 1060    Augusta, ME 04332 |
| ust | Office of the U.S. Trustee    537 Congress Street    Portland, ME 04101 |
| ust | Office of U.S. Trustee    537 Congress Street, Suite 300    Portland, ME 04101 |

TOTAL: 5